UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>          Plaintiff,<br><br>  v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>          Defendants. | C17-1577 TSZ<br><br>MINUTE ORDER |

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The unopposed motion, docket no. 6, brought by certain defendants to extend the deadline for filing a responsive pleading or motion is GRANTED as follows. Any responsive pleading or motion shall be filed within ninety (90) days of the date of this Minute Order.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 31st day of October, 2017.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1